Bernard H. Glatzer, Appellant, v Bear, Stearns & Co., Inc., et al., Respondents.

Bernard H. Glatzer, Appellant, v Michael A. Cardozo et al., Respondents.

Decided September 22, 2009

Reported below, 2009 NY Slip Op 70935(U).

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge Lippman taking no part.

In the Matter of Ernest A. Hunter, Appellant, v Commissioner of the Division of Housing and Community Renewal, Respondent.

Decided September 22, 2009

Reported below, 2009 NY Slip Op 72456(U).

Appeal, insofar as taken from that part of the Appellate Division order that denied appellant's motion for reargument, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge Lippman taking no part.

In the Matter of Joshua H. Grace N., Nonparty Appellant; Christopher R. et al., Respondents.

Submitted July 27, 2009; decided September 22, 2009

Reported below, 62 AD3d 795.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question. Motion for leave to appeal denied.